# BENNETT MUNICIPAL COURT

## PAYMENT AGREEMENT & SENTENCE CONDITIONS

Bennett Municipal Court
207 Muegge Way
Bennett, CO 80102
303-644-3249 x1001

CE22-0069

DEFENDANT NAME: Witt, E

CASE # B16731

12-21-2022

| Description | Amount Due | Note |
|---|---|---|
| Fine Amount | $ | Continue to 1/25/2023 |
| Court Cost | $35 | |
| Stay of Execution | $25 | Provide Judge w/ Ord. |
| Deferred Judgment Fee | $50 | Months ⃝ Review On: |
| Community Service | $25 | Hours    Completed By: |
| Default Judgment Fee | $30 | |
| Bench Warrant | $75 | No plea entered |
| Other | | |

**TOTAL DUE** $ 

Pay Today: _____ and/or

Payment Arrangement: $_____ due by the ____ day of each month beginning _____ until paid in full.

### ADDITIONAL CONDITIONS

| Class ☐ Alcohol /Drug ☐ Theft | Day/Hours ____ | Completed By: |
|---|---|---|
| Drug Testing/UA | ____ x Month For ____ months | Completed By: |
| No Further Violations | | Through |

I agree to pay the total amount due on or before the due date above. I understand additional penalties noted above will be enforced due to non-compliance with payment agreement or sentencing conditions.

Date: 12-21-2022

Defendant: Eric Witt Without Prejudice    Parent of Minor: _____
UCC1-308

All Payments should be mailed to: Town of Bennett Municipal Court
                                   207 Muegge Way
                                   Bennett, CO 80102

or can be made online with a credit card at **www.TownofBennett.org**. Please note there is a transaction fee for all credit card payments.

| COURT CLERK | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | FINE$ | CC$ | SOE | FEES | FEES | TTL DUE | PAYMENT | BALANCE | INITIALS/NOTES |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |